UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| COREY ALLEN LOCKETT, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 4:12CV31 RWS |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

This matter is before me on petitioner's motion for default judgment and affidavit in support. The motion will be denied because respondent is not in default and has filed its answer to the Show Cause Order.

Accordingly,

**IT IS HEREBY ORDERED** that the motion for default judgment [#23] and supporting affidavit [#24] are denied.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of October, 2012.